THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/674-8600
Facsimile:   415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiff,
BYRON CHAPMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>         Plaintiffs,<br><br>v.<br><br>**SUBWAY # 22501; RAJINDER SINGH; SANTA NELLA SUBWAY, a GENERAL/LIMITED LIABILITY PARTNERSHIP dba SANTA NELLA & WESTELEY SUBWAY**, and DOES 1-20, inclusive,<br><br>         Defendants. | **CASE NO.** 1:13-CV-1170-AWI-MJS<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

     The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON            CASE NO.1:13-CV-1170-AWI-MJS

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: March 5, 2014          THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*

                              By: /s/ Thomas E Frankovich
                                  Thomas E. Frankovich
                                  Attorney for Plaintiff BYRON CHAPMAN


Dated: March 5, 2014          CALL & JENSEN

                              By: /s/Ryan McNamara
                                  Ryan McNamara
                                  Attorney for Defendants **RAJINDER SINGH; SANTA NELLA SUBWAY, a GENERAL/LIMITED LIABILITY PARTNERSHIP dba SANTA NELLA & WESTELEY SUBWAY**

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

**IT IS SO ORDERED.**

Dated: March 5, 2014

                              /s/ ANTHONY W. ISHII
                              SENIOR DISTRICT JUDGE